IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTINA KELLER,**

    **Plaintiff,**

**v.**                                                            Case No.: 2:18-cv-341
                                                                      JUDGE GEORGE C. SMITH
                                                                      Magistrate Judge Jolson

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on January 28, 2019, recommending that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the Administrative Law Judge pursuant to Sentence Four of § 405(g) for further consideration consistent with the *Report and Recommendation*. (Doc. 16). The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*. The Commissioner of Social Security's nondisability finding is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and Administrative Law Judge pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 16 from the Court's pending motions list, enter final judgment and remand this case.

        **IT IS SO ORDERED.**

                                                       */s/ George C. Smith*
                                                       **GEORGE C. SMITH, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**